*In re* FÉLIX J. MONTAÑEZ MIRANDA.

*Número:* TS-5894          *Resuelto:* 16 de abril de 2003

*Carmen H. Carlos*, Directora de la Oficina de Inspección de Notarías; *Victor P. Miranda Corrada*, abogado del querellado; *Félix J. Montañez Miranda, pro se.*

## RESOLUCIÓN

Examinados el Informe de la Oficina de Inspección de Notarías y la Moción Urgente Solicitando Reinstalación, *se ordena la reinstalación inmediata al ejercicio de la notaría del Lcdo. Félix J. Montañez Miranda.*

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. Los Jueces Asociados Señores Corrada Del Río y Rivera Pérez no intervinieron.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*